LATHAM & WATKINS LLP
Nicole C. Valco (CA Bar No. 258506)
*nicole.valco@lw.com*
Brett M. Sandford (CA Bar No. 302072)
*brett.sandford@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: +1.415.391.0600

*Attorneys for Defendant PROCEPT BioRobotics Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AQUABEAM LLC,<br><br>Plaintiff,<br><br>v.<br><br>PROCEPT BIOROBOTICS CORPORATION,<br><br>Defendant. | Case No. 5:26-cv-11924<br><br>**DEFENDANT PROCEPT BIOROBTICS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>*From the Superior Court of the State of California, County of Santa Clara, Case No. 26CV500791* |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant PROCEPT BioRobotics Corporation ("PROCEPT") states, by and through its undersigned counsel, that PROCEPT is a publicly held company, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 15, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By *__/s/ Nicole C. Valco__*

Nicole C. Valco (CA Bar No. 258506)
*nicole.valco@lw.com*
Brett M. Sandford (CA Bar No. 302072)
*brett.sandford@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: +1.415.391.0600

*Attorneys for Defendant PROCEPT BioRobotics Corporation*