LATHAM & WATKINS LLP
Nicole C. Valco (CA Bar No. 258506)
*nicole.valco@lw.com*
Brett M. Sandford (CA Bar No. 302072)
*brett.sandford@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: +1.415.391.0600

*Attorneys for Defendant PROCEPT BioRobotics Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AQUABEAM LLC,<br><br>Plaintiff,<br><br>v.<br><br>PROCEPT BIOROBOTICS CORPORATION,<br><br>Defendant. | Case No. 5:26-cv-11924<br><br>**DEFENDANT PROCEPT BIOROBOTICS CORPORATION'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>*From the Superior Court of the State of California, County of Santa Clara, Case No. 26CV500791* |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, there is no conflict to report. Additionally, as PROCEPT BioRobotics Corporation ("PROCEPT") is a publicly held company, every stockholder may potentially have a financial interest in the subject matter in controversy or in a party to the proceeding. Based on certain documents filed with the U.S. Securities and Exchange Commission, the Company believes the following entities beneficially own 5% or more of PROCEPT's stock: BlackRock, Inc.; Vanguard Capital Management; and T. Rowe Price Investment Management, Inc.

Dated: October 15, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Nicole C. Valco

Nicole C. Valco (CA Bar No. 258506)
*nicole.valco@lw.com*
Brett M. Sandford (CA Bar No. 302072)
*brett.sandford@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: +1.415.391.0600

*Attorneys for Defendant PROCEPT BioRobotics Corporation*